IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 08-cv-02413-BNB

MAEGHAN DODGE,

Applicant,

v.

LARRY REID, and
THE ATTORNEY GENERAL OF THE STATE OF COLORADO,

Respondents.

---

ORDER DIRECTING APPLICANT TO FILE AMENDED PLEADING

---

Applicant, Maeghan Dodge, is a prisoner in the custody of the Colorado Department of Corrections who currently is incarcerated at the La Vista Correctional Facility in Pueblo, Colorado. Ms. Dodge has filed *pro se* an application for a writ of habeas corpus pursuant to 28 U.S.C. § 2254 challenging the DOC's calculation of her presentence confinement credits.

The Court must construe the application liberally because Ms. Dodge is not represented by an attorney. *See Haines v. Kerner*, 404 U.S. 519, 520-21 (1972); *Hall v. Bellmon*, 935 F.2d 1106, 1110 (10th Cir. 1991). However, the Court should not be an advocate for a *pro se* litigant. *See Hall*, 935 F.2d at 1110. For the reasons stated below, Ms. Dodge will be ordered to file an amended pleading.

The Court has reviewed the application and finds that it is deficient. The claims Ms. Dodge raises in this action must be asserted pursuant to 28 U.S.C. § 2241 because those claims call into question the execution, and not the validity, of Ms.

FILED
UNITED STATES DISTRICT COURT
DENVER, COLORADO

NOV 18 2008

GREGORY C. LANGHAM
CLERK

Dodge's sentence. In fact, Ms. Dodge concedes in the application that she is not challenging the judgment of conviction in her state court criminal case. Therefore, Ms. Dodge will be directed to file an amended pleading on the proper form if she wishes to pursue her claims challenging the execution of her sentence.

Ms. Dodge is reminded that she must allege specific facts in support of her claims to demonstrate that her federal constitutional rights have been violated. Naked allegations of constitutional violations are not sufficient to state a habeas corpus claim. *See Ruark v. Gunter*, 958 F.2d 318, 319 (10th Cir. 1992) (per curiam). Accordingly, it is

ORDERED that Ms. Dodge file **within thirty (30) days from the date of this order** an amended pleading on the proper form. It is

FURTHER ORDERED that the clerk of the Court mail to Ms. Dodge, together with a copy of this order, two copies of the following form: Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241. It is

FURTHER ORDERED that if Ms. Dodge fails within the time allowed to file an amended pleading as directed, the application will be denied and the action will be dismissed without further notice.

DATED November 18, 2008, at Denver, Colorado.

BY THE COURT:

s/ Boyd N. Boland
United States Magistrate Judge

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

## CERTIFICATE OF MAILING

Civil Action No. 08-cv-02413-BNB

Maeghan Dodge
Prisoner No. 123998
La Vista correctional Facility
1401 West 17th Street
Pueblo, CO 81003

    I hereby certify that I have mailed a copy of the **ORDER and two copies of the Application for a Writ of Habeas Corpus Pursuant to 28 U.S.C. § 2241** to the above-named individuals on 11/18/08

GREGORY C. LANGHAM, CLERK

By: _____
       Deputy Clerk